IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID EARL STANLEY | § | |
| VS. | § | CIVIL ACTION NO. 9:16-CV-142 |
| ANTHONY LOWRIE, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff David Earl Stanley, a former prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff identified nine defendants in his pleadings, but defendants Anthony Lowrie and Howard Smith are the only defendants remaining in this action.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the claims against defendants Lowrie and Smith.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 32) is **ADOPTED**.

Defendant Lowrie's motion to dismiss (document no. 27) is **GRANTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **14** day of **July, 2018.**

_____
Ron Clark, United States District Judge